UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:23-cr-153-JDB |
| DAVID BALL JR. ) | |
| ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, David Ball Jr., by and through undersigned counsel, respectfully requests this Court modify his conditions of release to allow him to have access to his Remington .308 rifle for hunting purposes only.

In support of this Motion, Mr. Ball submits the following:

1. Mr. Ball is before this Court charged by Information with four (4) misdemeanors: 1) Entering and Remaining in a restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); 2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); 3) Disorderly and Disruptive Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and 4) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

2. On April 4, 2023, Mr. Ball appeared for an initial hearing remotely and was released on his personal recognizance. *See* Dkt. No. 8.

3. The Court also set forth an Order detailing conditions of release. *Id*.

4. Among other general conditions, the Court ordered that Mr. Ball not possess a firearm, destructive device, or other weapon. *Id*, at 7(k).

5. Mr. Ball requests that this condition be removed to allow him to utilize his Remington .308 rifle for hunting purposes only.

6. Mr. Ball has been an avid hunter for twenty (20) years, and it is not just for sport.

1

7. Mr. Ball relies on hunting as a less expensive and healthier alternative to store bought meat to feed his wife and give (5) children.

8. Mr. Ball not only stocks up on meat for his own family, but routinely assists other less fortunate individuals in his community by providing meat for their families.

9. Additionally, one of Mr. Ball's sons has cystic fibrosis, and it is imperative that he engage in regular physical activity to assist both his physical and behavioral health.

10. Hunting is one of the activities that greatly assists Mr. Ball's son in this realm, but he cannot hunt alone.

11. Mr. Ball lives in Cape Neddick, Maine, and hunts deer and moose regularly.

12. Further, Mr. Ball is not accused of engaging in any violent behavior as it relates to his conduct on January 6, 2021 and has no prior criminal record or other history of violence.

6. The government opposes this motion.

WHEREFORE, the defendant, David Ball Jr., respectfully requests this Court modify his conditions of release to allow him to have access to his Remington .308 rifle for hunting purposes only.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar. # 451557
*Counsel for David Ball Jr.*
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
O: (202) 417-6000
M: (202) 271-5249
F: (202) 664-1331
David@PriceBenowitz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June 2023, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz