UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 1:23-cr-153-JDB |
| ) | |
| **DAVID BALL JR.** ) | |

## CONSENT MOTION TO CONVERT AND CONTINUE STATUS HEARING TO CHANGE OF PLEA HEARING

The defendant, David Ball Jr., by and through undersigned counsel, and with the consent of the United States, respectfully requests this Court convert and continue the status hearing currently scheduled for September 27, 2023 at 10:00 a.m. to a change of plea hearing to be heard on October 3, 2023 at 2:30 p.m.

In support of this Motion, Mr. Ball submits the following:

1. Mr. Ball is before this Court charged by Information with: 1) Entering and Remaining in a restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); 2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); 3) Disorderly and Disruptive Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and 4) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

2. Mr. Ball is currently released on his personal recognizance. *See* Dkt. No. 8.

3. There is a status hearing currently scheduled for September 27, 2023 at 10:00 a.m.

4. The parties have reached a resolution of this case and have signed plea paperwork.

5. However, due to a scheduling conflict, counsel requests that the status hearing be simultaneously converted to a change of plea hearing, and continued to October 3, 2023, at 2:30 p.m.

1

6. Additionally, Mr. Ball has been advised of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.*

7. Mr. Ball consents and agrees to the waiver of any rights under the Speedy Trial Act for the time period from September 27, 2023 to October 3, 2023.

8. The government consents to this motion.

WHEREFORE, the defendant, David Ball Jr., respectfully requests this Court simultaneously convert the status hearing to a change of plea hearing, and continue the matter to be heard on October 3, 2023 at 2:30 p.m.

Respectfully submitted,

\_\_\_\_/s/_____
David Benowitz
DC Bar. # 451557
Rammy G. Barbari
DC Bar No. 1032106
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
O: (202) 417-6000
M: (202) 271-5249
M: (202) 870-0139
F: (202) 664-1331
david@pricebenowitz.com
rammy@pricebenowtiz.com
*Counsel for David Ball Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September 2023, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties in this matter.

\_\_\_\_/s/_____
David Benowitz
Rammy G. Barbari