## WAIVER OF RIGHT TO IN-PERSON HEARING

    I, David Ball Jr., the undersigned, hereby waive, under Rule 43(b) of the Federal Rules of Criminal Procedure, my right to appear in person for my change of plea hearing, which is scheduled for October 3, 2023 at 2:30 p.m. (EST) before Senior United States District Judge John D. Bates in case no. 23-cr-153 in the United States District Court for the District of Columbia.

    My counsel, Rammy G. Barbari, has explained to me my right to appear in person for my change of plea hearing. I knowingly and voluntarily waive my right to appear in person. I choose to appear instead by video and/or teleconference. I am satisfied with my counsel and execute this waiver after consultation with him.

Date: \_\_09/20/2023\_\_\_\_\_



                                  David Ball Jr.