# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Criminal No. 1:23-cr-153-JDB |
| ) | |
| **DAVID BALL JR.** ) | |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION

The defendant, David Ball Jr., by and through undersigned counsel, respectfully requests this Court modify his conditions of probation to allow him to maintain possession and use of hunting bows for hunting activities.

In support of this Motion, Mr. Ball submits the following:

1. On October 3, 2023, Mr. Ball pleaded guilty to Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). *See* Dkt. No. 25.

2. On January 11, 2023, Mr. Ball was sentenced by this Court to twenty-four (24) months of probation, a fine of $500, restitution of $500, and a $10 special assessment. *See* Dkt. No. 36.

3. As a special condition of probation, this Court ordered that Mr. Ball "shall remove firearms, destructive devices, or other dangerous weapons from areas over which you have access or control until the term of supervision expires, except for any firearms you personally possess for hunting activities. Probation has discretion to modify this condition to the extent you require to work as a Maine Guide." *See* Dkt. No. 36, p. 4.

4. Mr. Ball's supervision is in the process of being transferred to the U.S. District Court for the District of Maine.

5. Counsel spoke with Mr. Ball's probation officer in Maine, Michael Cook, who indicated that absent a specific exception for Mr. Ball to personally possess hunting bows, that

1

he must remove them from his home because they fall within the definition of a "dangerous weapon."

6. Mr. Ball has complied in the mean time; however, while Mr. Ball was on pretrial supervision for over ten (10) months, this Court allowed Mr. Ball to maintain possession of hunting bows for hunting activities. *See* Dkt. No. 18, and 8, condition 7(k).

7. As such, Mr. Ball respectfully requests this Court modify the special conditions in the judgment to allow Mr. Ball to maintain possession and use of his hunting bows.

8. Mr. Ball's probation officer in Maine does not oppose this modification.

9. The government also does not oppose this modification.

WHEREFORE, the defendant, David Ball Jr., respectfully requests this Court modify his conditions of probation to allow him to possess and use hunting bows for hunting activities.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar. # 451557
*Counsel for David Ball Jr.*
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
O: (202) 417-6000
M: (202) 271-5249
F: (202) 664-1331
David@PriceBenowitz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2024, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz